UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DANIELLE TACORONTE,

        Plaintiffs,

v.                                     Case No.:

CARRINGTON MORTGAGE SERVICES, LLC.

        Defendant.
_____/

**NOTICE OF REMOVAL**

        Defendant, Carrington Mortgage Services, LLC ("Carrington"), by and through its undersigned attorneys, submits this Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this Removal, Carrington states as follows.

        1.      Carrington is named as the defendant in a civil action filed on or about November 29, 2012 by Plaintiff Danielle Tacoronte ("Plaintiff"), in the County Court for the Ninth Judicial Circuit in and for Osceola County, Case No. 2012 SC 1726, entitled *Danielle Tacoronte v. Carrington Mortgage Services, LLC* (the "State Court Action").

        2.      On December 11, 2012, Carrington was served with the Statement of Claim and Summons/Notice to Appear in the State Court Action.

        3.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because it is filed within 30 days of service on Carrington of a copy of the complaint, excluding "the day of the act, event, or default from which the designated period of time beings to run" and the last day if it is a Saturday, Sunday, or legal holiday.

        4.      Carrington has not yet filed an answer or otherwise responded to the Statement of Claim in the State Court Action.

5. Removal to this district court is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action, within the meaning of 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), because Count II of the action arises under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA").

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), Carrington is providing written notice of the removal of this action to Plaintiff, and to the Osceola County Court, contemporaneously with the filing of this Removal.

9. Pursuant to 28 U.S.C. § 1446(a), accurate copies of all papers received by Carrington as of the filing of this Removal, consisting of the Summons/Notice to Appear and Statement of Claim, are being filed simultaneously with this Notice of Removal.

WHEREFORE, Carrington requests that the State Court Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated:  January 2, 2013  Respectfully submitted,

**CARRINGTON MORTGAGE SERVICES, LLC**

By: s/Paul L. Kutcher
Paul L. Kutcher, Esquire
pkutcher@paulkutcher.com

        Law Office of Paul L. Kutcher, P.A.
        LaViva Plaza
        902 West Lumsden Road, Suite 109
        Brandon, FL 33511
        Telephone: (813) 654-PAUL (7285)
        Facsimile: (813) 654-7266


        Chad Muney (*Admission Application pending*)
        cmuney@mtwllp.com
        MCGINNIS WUTSCHER LLP
        2255 Glades Road, Suite 324A
        Boca Raton, FL  33431
        Direct:  (561) 807-6827
        Fax:  (866) 581-9302


**Certificate of Service**

I certify that a copy of the foregoing was served on this 2nd day of January, 2013 via U.S. First-Class mail, e-mail and the Court's CM/ECF system upon the following:

J. Marshall Gilmore, Esquire
mgilmore@mgilmorelaw.com
1936 Lee Road
Suite 100
Winter Park, FL  32789

        s/Paul L. Kutcher_____
        Paul L. Kutcher, Esquire