# SUMMONS/NOTICE TO APPEAR FOR MEDIATION/PRE-TRIAL CONFERENCE
## IN THE COUNTY COURT FOR THE NINTH JUDICIAL CIRCUIT
## IN AND FOR OSCEOLA COUNTY, FL

CASE NUMBER: 2012 SC 001726 SP

### DANIELLE TACORONTE VS. CARRINGTON MORTGAGE SERVICES, LLC

THE STATE OF FLORIDA TO:

CARRINGTON MORTGAGE SERVICES, LLC
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

YOU ARE HEREBY NOTIFIED that the above named Plaintiff has made claim and is requesting judgment against you in the sum of $2,000.00 as shown by the Statement of Claim attached, together with $175.00 filing fees plus service fees to date.

YOU ARE REQUIRED TO APPEAR at the Osceola County Courthouse, 2 Courthouse Square, Kissimmee, Florida 34741: On the 1st floor, room 1400 for: **PRETRIAL CONFERENCE: January 04, 2013 at 8:30 am**

## *** PLEASE PREPARE TO BE AT MEDIATION FOR AT LEAST 2 HOURS***

**IF YOU FAIL TO APPEAR ON THIS DATE, IN PERSON OR BY ATTORNEY, A JUDGMENT WILL BE ENTERED AGAINST YOU.**

Do not bring witnesses on this date. You must advise the Clerk, in writing at 2 Courthouse Square, Kissimmee, Fl. 34741-5196, 2nd floor, telephone (407) 742-3479 of any change in your mailing address.

The purpose of the Mediation / Pre-Trial Conference is to record your appearance: to determine the nature of the case and to set the case for trial if the case cannot be resolved at Mediation.
1. You or your attorney should be prepared to explain briefly the nature of your dispute:
2. State what efforts have been made to settle the dispute:
3. Exhibit any documents necessary to prove the case:
4. State the names and addresses of your witnesses:
5. Stipulate to the facts that will require no proof and will expedite the trial:
6. Estimate how long it will take to try the case:
7. **ALL ATTORNEYS AND REPRESENTATIVES OF A CORPORATION MUST HAVE FULL SETTLEMENT AUTHORITY.**

**TO THE PLAINTIFF:** THIS IS YOUR MEMORANDUM OF PRE-TRIAL. YOU ARE REQUIRED TO PRESENT AT THE TIME, DATE AND PLACE SET OUT IN THE SUMMONS.

**WHOEVER** APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEYS FEES, ENTRY OF JUDGMENT, OR DISMISSAL.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pre-Trial / Mediation Conference. As a representative you must have complete authority to settle.

**If an attorney is standing in for another attorney, there must be written notification by the first attorney in each case file. The notification must give the second attorney authorization to settle. Failure to file this will result in the case being dismissed.**

If you admit the claim, but desire additional time to pay, you may be able to work out an amicable Settlement at the Mediation Conference. If approved, judgment, execution or levy may be withheld.

RIGHT TO VENUE (Place where you may be sued)
The law gives the person or company who has sued you the right to file suit in any one of several places listed: A proper location or venue may be one of the following: (1) Where the contract was entered into: (2) If suit is on an unsecured promissory note, where note is signed or where maker resides: (3) If suit is to recover property or to foreclose a lien, where the property is located.: (4) Where the event giving rise to the suit occurred: (5) Where any one or more of the defendants sued resides: (6) Any location agreed

to in a contract: (7) In an action for money due, if there is not agreement as to where suit may be filed, proper venue lies in the county where payment is made. If you, as defendant, believe the plaintiff has not sued in one of these correct places, you many appear on your court date and orally request a transfer or you may file a written request for transfer, in affidavit form (sworn to under oath) with the court, seven days prior to your first court date and send a copy to plaintiff or plaintiff's attorney., if any. A copy of the Statement of Claim shall be served with said notice. Parties must be present at Pre-Trial to hear Motion to Transfer.

**Please bring this notice with you**

Issued: November 29, 2012
SERVED BY: OCSO / PPS / PLA    MAILED BY:

Malcom Thompson
Clerk of the County Court

/S/BC
_____
Deputy Clerk

### IMPORTANT INFORMATION- READ CAREFULLY

The defendant must appear in court on the date specified or a default judgment will be issued. The plaintiff must appear or the case will be dismissed for lack of prosecution. A written motion or answer to the court by either party will not excuse the personal appearance of the party or their attorney at the meditation / pre-trial conference. The date and / or time of the hearing cannot be rescheduled without good cause and prior court approval.

Parties are encouraged to contact each other and try to settle the dispute prior to the hearing, if at all possible.

If the claim is disputed, you will be required to attend mediation in an attempt to settle the matter without a trial. Mediation is structured negotiation process in which the parties meet together with a professionally trained, impartial mediator to attempt to settle their differences amicably. The mediator assists the parties in developing a mutually agreeable settlement.

The mediation process allows each party to discuss his or her case with a neutral mediator in the privacy of a closed conference room rather than in public courtroom. A successfully mediated case means you will not have to return to court at a later date for trial. Substantial legal fees, court costs and collection costs can be avoided. Mediated settlements eliminate the uncertainty of a judge's decision and allow the parties more control over the outcome of their case. If a settlement is reached during the mediation process, a written agreement will be prepared by the mediator setting forth the agreed terms and conditions of the parties. Both parties and the mediator will then sign the settlement agreement and it will be submitted to the court for filing. The settlement agreement becomes binding upon both parties when filed.

Be prepared to present to the mediator any information that will support your side of the case.

If the mediation process does not result in a settlement of the case, you will be given a date to return for trial, at which time the unresolved issued will be heard by a judge.

Counterclaims: If you are the plaintiff and you have been given a written note that a counterclaim has been filed against you, you are being sued by the defendant. If at the pretrial conference, the judge allowed the defendant a certain number of days to file a counterclaim, the defendant must file the counterclaim within that number of days. At the non-jury trial there will be two lawsuits being considered by the judge.- the plaintiff's suit against the defendant and the defendant's suit against the plaintiff. Settlement of one claim has no effect on the other, and that claim will proceed to trial.

Third –party complaints: If you are the defendant and believe the plaintiff may win his claim against you but someone else owes you the money with which you will pay the plaintiff, you must file a third-party complaint against that person and have them served with notice of your claim. That person must then appear in court to answer your claim.

All Pre-trial motions must be writing unless excused by the judge.

Court reporters: Your non-jury trial will not be recorded. If you wish a record of the proceedings, you must immediately contact the official county court reporter.

Additional problems: If there is anything you do not understand about the above information, or if you have additional questions, please contact the Deputy Clerk of the Summary Department in person or by phone at (407) 742-3500 ext 3479. The clerk is not authorized to practice law and cannot give legal advice; however the clerk can be of assistance in questions of procedure. In the event you need legal advice, contact an attorney of your choice. If you do not have an attorney, you can check the listing in the Yellow Pages of the phone book or contact the Osceola County Bar Association.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, Florida, (407) 742-2417, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

SCSUMM

## PRETRIAL MEDIATION DAY

*Interpreters are not provided in civil matters. If you do not speak English, you will need to bring your own interpreter.

**Each party is given a twenty (20) minute leeway to sign in after the scheduled time of the mediation. For example: If the mediation is scheduled at 8:30am, the parties have until 8:50am to be signed in.

***Once both parties are signed in, the mediators have approximately two (2) hours to call the case.

## ONE OF THE FOLLOWING WILL HAPPEN ON THE DAY OF YOUR MEDIATION

1.) If both Plaintiff and Defendant are present they will meet with a mediator to try and resolve their issues. Their options are:
-STIPULATION AGREEMENT: Both parties reach an agreement.
-NON JURY TRIAL: One or both parties disagree & they may wish to have the Judge decide their case. The Judge can not change the amount you may owe. He is only there to determine the outcome of the case.
-MEDIATION CONTINUANCE: Parties agree to come back at a later date because they need to gather additional information in order to settle the case.
-VOLUNTARY DISMISSAL: Plaintiff can file at any time, and this will close the case.
-AGREEMENT TO FINAL JUDGMENT: The defendant can agree to have a final judgment entered against them.

2.) If the Plaintiff is present and the Defendant is not, as long as we have proof of service, we will Default the Defendant, enter a Final Judgment against him & have it recorded in public records. We will then mail a copy of the judgment to the Defendant. The Plaintiff will also receive a copy of the judgment with the packet "How to Collect on a Final Judgment." {We will only prepare defaults & Final Judgments for Pro se Plaintiffs, if they have an attorney, then the attorney will need to prepare the paperwork}

3.) If the Plaintiff is present and the Defendant is not, and we do not have proof of service, we will have to float the case until we receive the Affidavit of Service. If the service comes in after the mediation date as Served refer to #2 above. If the service comes back after the mediation as Unserved, the Plaintiff will have to request another mediation date.

4.) If the Defendant is present and the Plaintiff is not, we will dismiss the case without prejudice. The Plaintiff can re-open the case by filing a motion to the Judge, or may file a new case for the same issue.

5.) If neither Plaintiff nor Defendant is present, and we do not have proof of service, we will float the case until the Plaintiff gets proper service on the Defendant.

6.) If neither Plaintiff nor Defendant is present, and we have proof of service, we will presume that they have Amicably Settled and we will dismiss the case.

IN THE COUNTY COURT OF THE NINTH
JUDICIAL CIRCUIT OF FLORIDA IN AND FOR OSCEOLA COUNTY
SMALL CLAIMS

DANIELLE TACORONTE,
    Plaintiff,

vs.

CASE NO: 2012-SC-17365P
Jury Trial Demanded

CARRINGTON MORTGAGE SERVICES, LLC;
    Defendant

### STATEMENT OF CLAIM

Plaintiff, DANIELLE TACORONTE, sues Defendant, CARRINGTON MORTGAGE SERVICES, LLC, and alleges:

### Nature of the Action

1. This is a complaint for money damages. Defendants, despite knowing that Tacoronte was represented by counsel, went around that counsel in an effort to collect a debt, contrary to Fla. Stat. Section 559.72(18) and 15 U.S.C. Section 1692c(a)(2), for which reason Tacoronte is entitled to statutory damages $2000 plus fees and costs.

### Parties

2. Plaintiff Danielle Tacoronte is a citizen of Osceola County, Florida.

3. Defendant CARRINGTON MORTGAGE SERVICES, LLP ("CARRINGTON") is a limited partnership, having its primary place of business at 1610 E. Saint Andrew Place, Suite b-150, Santa Ana, CA 92705. CARRINGTON is a foreign corporation registered to do business in the state of Florida.

1

## Jurisdiction and Venue

4. This Court has jurisdiction to grant relief pursuant to Fla. Stat. Section 34.01, in that this is an action for money damages wherein the matter in controversy does not exceed $15,000.00 exclusive of interest, costs and attorney's fees.

5. Venue is proper in Osceola County, Florida, pursuant to Fla. Stat. Section 47.051, in that Carrington reached into Osceola County to commit its wrongful acts, and the cause of the action accrued in Osceola County.

## General Facts

6. Carrington is a "debt collector" within the meaning of Fla. Stat. Section 559.55(6), in that it regularly attempts to collect debts allegedly owed to others.

7. Carrington is a "debt collector" within the meaning of 15 U.S.C. Section 1692a(6) and 15 U.S.C. Sections 1601-note & seq. (the Fair Debt Collection Practices Act or FDCPA), in that it uses the mails in a business the primary purpose of which is the collection of debts.

8. Tacoronte is represented by counsel in connection with the debt relevant to this matter and Defendant was well aware of this.

9. Tacoronte has been continually represented by counsel from May 22nd, 2012 up to the present date.

## Count 1

10. Plaintiff realleges paragraphs 1-9.

11. The sending of the June 18, 2012, demand for payment, exhibit "A", was a violation of Florida Stat. Section 559.72(18).

12. Fla. Stat. Section 559.77(2) provides for statutory damages of $1000.00, together with fees and costs, for a violation of any portion of Fla. Stat. Section 559.72.

2

**WHEREFORE**, Plaintiff demands:

(a) Statutory damages of $1000.00 for the sending of the June 18, 2012, demand for payment in violation of the FCCPA; and

(b) Attorney's fees and costs.

### Count 2

13. Jesus Tacoronte realleges paragraphs 1-9.

14. The sending of the June 18, 2012, demand for payment, exhibit "A", was a violation of 15 U.S.C. Section 1692c(a)(2).

15. 15 U.S.C. Section 1692k(a)(2)(A) provides for statutory damages of $1000.00, and 15 U.S.C. Section 1692k(a)(3) provides for an award of fees and costs, for violations of the FDCPA.

**WHEREFORE**, Plaintiff demands:

(a) Statutory damages of $1000.00 for the sending of the June 18, 2012, demand for payment in violation of the FDCPA; and

(b) Attorney's fees and costs.

Respectfully submitted,

J. Marshall Gillmore, Esq.

By: _____
J. Marshall Gilmore, Esq.
Counsel for Plaintiff
1936 Lee Road, Suite 100
Winter Park, FL 32789
Phone 407 629-7322
Fax 407 599-3801
mgilmore@mgilmorelaw.com

Exhibit "A"



# CARRINGTON
MORTGAGE SERVICES, LLC

## Mortgage Statement

| | |
|---|---|
| Customer Service | 800-561-4567 |
| Loan Counseling | 888-788-7306 |
| Refinance Inquiries | 888-267-2451 |

| | |
|---|---|
| Statement Date | 06/18/12 |
| Loan Number | 1000278540 |
| Payment Due Date | 02/01/09 |
| Current Payment | $2,710.87 |
| Past Due Amount(s) | $122,094.84 |
| Unpaid Late Charges | $4,430.87 |
| Other Charges | $5,679.50 |
| Total Amount Due | $124,805.71 |
| After 07/16/12 Add | $108.07 |

01074/   RE

JESUS ELDO TACORONTE
DANIELLE TACORONTE
2941 TINDALL ACRES RD
KISSIMMEE FL 34744-9235

Property Address:
2030 RED BUCKEYE LANE
ORLANDO   FL 32828-0000

### Account Information

| Balances | | Payment Factors | | Year To Date Figures | |
|---|---|---|---|---|---|
| Principal Balance | $325,465.01 | Interest Rate | 6.500% | Interest | $ .00 |
| Escrow Balance | $28,870.64- | Principal & Interest | $2,161.43 | Taxes | $ .00 |
| Unpaid Late Charges | $4,430.87 | Escrow Payment | $549.44 | | |
| Other Charges | $5,679.50 | Optional Products | $ .00 | | |
| Suspense Balance | $ .00 | Other | $ .00 | | |
| | | Total Payment | $2,710.87 | | |

### Important Messages

At MyLoan.carringtonms.com, you can get 24/7 access to review your account balance and activity, verify your loan details, contact us with questions, and request your loan payoff amount. Customer Service Representatives are also available at 800-561-4567 Monday through Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.

### Activity Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 06/12 | Fee Billed | $15.00 | | | | | |
| 06/04 | Escrow Disbursem | $328.42 | | | $328.42- | | |
| 05/11 | Fee Billed | $15.00 | | | | | |
| 04/30 | Escrow Disbursem | $298.55 | | | $298.55- | | |
| 04/09 | Fee Billed | $15.00 | | | | | |
| 04/02 | Escrow Disbursem | $298.55 | | | $298.55- | | |
| 03/27 | Fee Billed | $88.00 | | | | | |

### Special Messages

**Announcing CMS Direct Pay Service!**
We are now able to draft your payments from your checking or savings account automatically every month. The program can save you time and give you peace of mind knowing your monthly mortgage payments are taken care of. Please call our Customer Service department at 800-561-4567 to see if you qualify.

**Please note that the actual amount due may differ from the amounts listed above due to charges assessed or payments due after the date of this statement. For an up to date quote of the amount currently due, please call 1-800-561-4567.**

DETACH AND RETURN BOTTOM PORTION