UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE TACORONTE**
    Plaintiff

                                                                  **Case No. 6:13-cv-00017-JA-GJK**

-v-

**CARRINGTON MORTGAGE SERVICES, LLC**
    Defendants
_____/

## PLAINTIFF'S MOTION TO VOLUNTARYLY DISMISS COUNT TWO OF ITS COMPLAINT

Pursuant to Fed. R. Civ. 41(a)(2), Plaintiff makes the Following Motion to dismiss count Two of its Complaint as follows:

1. Plaintiff filed this action originally in the County Court of Osceola County FL alleging violations for both the Federal FDCPA, 15 USC 1692c(a)(2) and the Florida Statues, FL 559.72(18).

2. Defendant removed this case to Federal Court.

3. Defendant has filed an Answer and Affirmative Defenses in this case.

4. Plaintiff now moves to voluntarily dismiss only Count Two of its Complaint leaving only Count One which alleges a violation of Florida Law as its remaining cause of action against the Defendant.

5. In that, after dismissal of Count Two, there will be no further Federal law issues, Plaintiff submits that this court will not have any further jurisdiction over this case and therefore Plaintiff submits that this case should be transferred back to the Florida State court it was originally filed in by Plaintiff.

WHEREFORE, PREMISIS CONSIDERED, plaintiff requests that this Court allow the voluntary dismissal of its Count Two of its Complaint and that this case be sent back to State Court for further prosecution of the remaining Florida law violation.

Respectfully submitted this 5th, day of March, 2013

By : __s/ J. Marshall Gilmore_____
J. Marshall Gilmore, Esq. FBN 840180
Counsel for Plaintiff
1936 Lee Road, Suite 100
Winter Park, FL  32789
Phone 407 629-7322
Fax     407 599-3801
mgilmore@mgilmorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on March 5th, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: all record parties of interest

s/ J. Marshall Gilmore,
_____
J. Marshall Gilmore, Attorney for Plaintiff