UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE TACORONTE
    Plaintiff

Case No. 6:13-cv-00017-JA-GJK

-v-

CARRINGTON MORTGAGE SERVICES, LLC
    Defendants
_____/

### STATEMENT OF CLAIM

Plaintiff, DANIELLE TACORONTE, sues Defendant, CARRINGTON MORTGAGE SERVICES, LLC, and alleges:

### Nature of the Action

1. This is a complaint for money damages. Defendants, despite knowing that Tacoronte was represented by counsel, went around that counsel in an effort to collect a debt, contrary to Fla. Stat. Section 559.72(18) for which reason Tacoronte is entitled to statutory damages $1000 plus fees and costs.

### Parties

2. Plaintiff Danielle Tacoronte is a citizen of Osceola County, Florida.

3. Defendant CARRINGTON MORTGAGE SERVICES, LLP ("CARRINGTON") is a limited partnership, having its primary place of business at1610 E. Saint Andrew Place, Suite b-150, Santa Ana, CA 92705. CARRINGTON is a foreign corporation registered to do business in the state of Florida.

## Jurisdiction and Venue

4. Jurisdiction of this Court originally was pled under 15 U.S.C. §1681p, Fla. by the Defendants removal to Federal court from the small claims court or Osceola County, FL Stat. §47.051, with supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. §1367. However Plaintiff has now dropped its claim for violation of any Federal Statute leaving only the violation of Fla. Stat. 559.72.(18)

5. Venue is would be proper pursuant to 28 U.S.C. §1391b if Plaintiff asserted any violation of Federal law, which it does not now do and Fla. Stat. §559.77. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

## General Facts

6. Carrington is a "debt collector" within the meaning of Fla. Stat. Section 559.55(6), in that it regularly attempts to collect debts allegedly owed to others.

7. Carrington is a "debt collector" within the meaning of 15 U.S.C. Section 1692a(6) and 15 U.S.C. Sections 1601-note & seq. (the Fair Debt Collection Practices Act or FDCPA), in that it uses the mails in a business the primary purpose of which is the collection of debts.

8. Tacoronte is represented by legal counsel in connection with the debt relevant to this matter and Defendant had been given written notice of this and therefore was aware of this.

9. Tacoronte has been continually represented by legal counsel from May 22nd, 2012 up to the present date.

## Count 1

10. Plaintiff realleges paragraphs 1-9.

11.     The sending of the June 18, 2012, demand for payment, exhibit "A", was a violation of Florida Stat. Section 559.72(18).

12.     Fla. Stat. Section 559.77(2) provides for statutory damages of $1000.00, together with fees and costs, for a violation of any portion of Fla. Stat. Section 559.72.

**WHEREFORE**, Plaintiff demands:

(a) Statutory damages of $1000.00 for the sending of the June 18, 2012, demand for payment in violation of the FCCPA; and

(b) Attorney's fees and costs.

Respectfully submitted,

J. Marshall Gillmore, Esq.

By: ____*S/ J. Marshall Gilmore*_____
J. Marshall Gilmore, Esq.
Counsel for Plaintiff
FL Bar NO 840181
1936 Lee Road, Suite 100
Winter Park, FL  32789
Phone 407 937-8675/ (321) 591-9922
Fax    407 599-3801
mgilmore@mgilmorelaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on June 23th, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: all record parties of interest

*s/ J. Marshall Gilmore,*
_____
J. Marshall Gilmore, Attorney for Plaintiff