UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:13-cv-00017-JA-GJK

DANIELLE TACORONTE,

        Plaintiffs,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

        Defendant.
_____/

**CARRINGTON'S MOTION TO STRIKE TACORONTE'S NOTICE OF MEDIATION**

Carrington Mortgage Services, LLC ("Carrington"), by and through its attorneys, moves to strike the Notice of Mediation filed by Plaintiff Danielle Tacoronte ("Tacoronte") for the reasons that follow:

1.  Without any agreement, consent, or authorization from counsel for Carrington, counsel for Tacoronte filed a Notice of Setting Mediation, erroneously advising this Court that the parties have chosen November 13, 2013 as a mediation date before J. Joaquin Fraxedas of the Fraxedas Mediation Firm.

2.  Carrington never agreed to November 13, 2013 as the mediation date. Instead, Carrington's counsel stated he would be able to agree to the date only subject to his client's availability, which has not yet been confirmed.

3.  Additionally, counsel did not even discuss any potential mediators, let alone agree to use Mr. Fraxedas, as incorrectly stated by Tacoronte's counsel in the Notice of Mediation.

4.  Accordingly, Carrington requests the erroneous Notice of Mediation be stricken.

WHEREFORE, Carrington requests that Tacoronte's Notice of Mediation be stricken,

2

and that the Court provide such further relief as it deems just and appropriate.

Dated: September 25, 2013            **CARRINGTON MORTGAGE SERVICES, LLC**,

                                              By:    s/Hector E. Lora, Esq.
                                                            MCGINNIS WUTSCHER BEIRAMEE LLP
                                                             Florida Bar No. 755842
                                                              110 E. Broward Blvd.
                                                             Suite 1700
                                                             Fort Lauderdale, FL  33301
                                                             Direct:  (786) 553-8082
                                                             Fax:  (866) 581-9302
                                                             E-mail: hlora@mwbllp.com

**Certificate of Service**

      I hereby certify that on **September 25, 2013**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                                                                       s/Hector E. Lora, Esq.