UNITED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 13-cv-00017-JA-GJK

DANIELLE TACORONTE,

        Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

        Defendant

_____/

## MEDIATOR'S REPORT

Pursuant to the previous Order of this Court directing Mediation in this case, this matter came before the undersigned certified mediator of the United States Federal Court, Middle District, on October 22, 2013.

**The Plaintiff, Danielle Tacoronte, the Defendant, whose representative was Mark Madden, and their respective counsel met. The representative of the Defendant came to the mediation with full settlement authority. The mediation was also attended by the Plaintiff's husband, J. E. Tacoronte, with the consent of all parties.**

1

**An agreement was reached.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2013, a true and correct copy of this Mediator's Report has been filed with the Court Clerk by cm/ecf and/or U.S. mail; and furnished to: **Hector E. Lora, Esq.**, McGinnis Wutscher Beiramee LLP, by e-mail: hlora@mwbllp.com; and to **J. Marshall Gillmore**, Esq., by e-mail: mgilmore@mgilmorelaw.com.

_____
**Paul F. Bryan, Esq.**
Paul F. Bryan Mediation, P.A.
Florida Bar No. 179265
PO Box 2456
Winter Park, FL 32789
Phone: 321-460-0707