# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIELLE TACORONTE,**

      **Plaintiff,**

**-vs-**                                                      **Case No. 6:13-cv-17-Orl-28GJK**

**CARRINGTON MORTGAGE SERVICES, LLC,**

      **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been settled. (Mediator's Report, Doc. 51). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 23rd day of October, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record