**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIELLE TACORONTE,**

      **Plaintiff,**

**-vs-**                                      **Case No. 6:13-cv-17-Orl-28GJK**

**CARRINGTON MORTGAGE SERVICES, LLC,**

      **Defendant.**
_____

# ORDER

This case was dismissed on October 23, 2013 (Doc. 52), upon notice that the case had settled. There being no further activity, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record